IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

James Kalbflesh, *et al.*

Defendants

CRIMINAL NO. JKB-13-0083

## MEMORANDUM AND ORDER

Defendant Kalbflesh has filed a motion for a new trial. (ECF No. 164.) Although Defendant does not specifically cite to the Federal Rules of Criminal Procedure, the Court understands this to be a Rule 33 motion. Under Rule 33, a court "may vacate any judgment and grant a new trial if the interest of justice so requires." Fed. R. Crim. P. 33.

The Court has considered Defendant's motion (ECF No. 164) and finds that the interest of justice does not require a new trial. Further, with regard to Defendant's claim that the Court should have allowed him to testify about "saving an inmate's life by cutting him down from an attempted hanging," the Court reiterates the reasoning it offered in open court.

Accordingly, the motion is DENIED.

DATED this 7 day of March, 2014.

BY THE COURT:

James K. Bredar
United States District Judge